UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>            Petitioner,<br>v.<br><br>RAYTHEL FISHER, JR., Warden,<br><br>           Respondent. | CASE NO. 1:16-cv-00169-SKO  HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 3) |

Petitioner, proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for appointment of counsel. In habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases.

Petitioner contends that appointment of counsel is required since (1) he is proceeding pro se; (2) he has limited access to a law library and limited legal knowledge; and (3) he is unprepared to examine witnesses. He shares these three conditions with nearly all petitioners for writs of habeas corpus. In addition, since most habeas corpus petitions before this Court are resolved without the necessity of an evidentiary hearing, appointing counsel to handle the examination of witnesses would be premature. The Court finds no evidence that the interests of justice require the appointment of counsel at this time.

Petitioner's motion for appointment of counsel is hereby DENIED.

IT IS SO ORDERED.

Dated:   **February 8, 2016**                    **/s/ Sheila K. Oberto**
                                                                                  UNITED STATES MAGISTRATE JUDGE